

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JOAN ALLEN | CIVIL ACTION NO. 6:11-cv-01813 |
| VERSUS | JUDGE HAIK |
| LOWE'S HOME CENTERS, INC. d/b/a LOWE'S AND EDWIN GREEN | MAGISTRATE JUDGE HANNA |

### JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for jurisdiction review. Judge Hanna issued a report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that summary judgment in favor of defendant Edwin Greene and against the plaintiff, Joan Allen, be entered *sua sponte*, and the plaintiff's claims against Mr. Greene be dismissed with prejudice, consistent with the report and recommendation.

Lafayette, Louisiana, this 9th day of April, 2012.

Richard T. Haik
United States District Judge